AO.10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lawson, Jr., Roger H. | Middle District, Georgia | 05/07/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Senior | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 838<br>475 Mulberry Street<br>Macon, Georgia 31202 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2009 MAY 20 P 12: 54
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/96 | Georgia Retirement System for Superior Court Judges |
| 2. | |
| 3. | |

Lawson Jr_Roger_H

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/07/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Georgia Judicial Retirement System—Retirement | $89,595.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Teacher's Retirement System of Georgia--Retirement |
| 2. 2008 | First United Methodist Church--Wages |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/07/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sunmark Bancshares, Inc. | A | Dividend | J | U | | | | | |
| 2. Merrill Lynch IRA | | | | | | | | | |
| 3. --Merrill Lynch Bank-CMA | A | Interest | L | T | | | | | |
| 4. --Lincoln National Life Legacy III Plus | | None | L | T | | | | | |
| 5. Merrill Lynch IRA | | | | | | | | | |
| 6. --Merrill Lynch Bank USA | A | Interest | J | T | | | | | |
| 7. --Transamerica Life Ins. Co.-Transamerica Landmark Annuity | | None | L | T | | | | | |
| 8. --Transamerica Life Ins. Co.- Transamerica Landmark Annuity | | None | K | T | | | | | |
| 9. ▉▉▉▉ Hawkinsville, Pulaski County, GA | | None | N | W | | | | | |
| 10. Evergreen Investment-High Yield Bond Fund A | A | Dividend | K | T | | | | | |
| 11. Franklin Georgia Tax-Free Income Fund-Class A | A | Interest | J | T | | | | | |
| 12. Rental House, Watson St. Hawkinsville, Pulaski Co., GA. | C | Rent | K | W | | | | | |
| 13. Subdivision, Pulaski County, Georgia Und. Interest | | None | K | W | | | | | |
| 14. Rental House, McCormick Avenue, Hawkinsville, GA. Und. Inter | D | Rent | K | W | | | | | |
| 15. Merrill Lynch | | | | | | | | | |
| 16. --Regions Financial Corp. | C | Dividend | K | T | | | | | |
| 17. --Citibank NA | | None | | | Closed | | | | |

1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000
| P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000
3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market
| U =Book Value | V =Other | W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Ariba Inc. New | | None | J | T | | | | | |
| 19. --Alcatel Inc. | | None | J | T | | | | | |
| 20. --Nuveen Georgia Muni Bond Fund | D | Interest | N | T | | | | | |
| 21. Sunmark Community Bank-Accounts | A | Interest | J | T | | | | | |
| 22. Merrill Lynch | | | | | | | | | |
| 23. --Citibank NA | | None | | | Closed | | | | |
| 24. --Abbott Laboratories Common | A | Dividend | J | T | | | | | |
| 25. --American Intl Group Inc Common | A | Dividend | J | T | | | | | |
| 26. --AT&T Inc | A | Dividend | J | T | | | | | |
| 27. --Automatic Data Processing Inc Common | A | Dividend | J | T | | | | | |
| 28. --Broadridge Finl Solutions Inc | A | Dividend | | | Sold | 03/17 | J | A | |
| 29. --American Funds Capital World Growth & Income Fund Cl B | A | Dividend | J | T | | | | | |
| 30. --Chevron Texaco Corp Common | A | Dividend | J | T | | | | | |
| 31. --Cintas Corp Common | A | Dividend | J | T | | | | | |
| 32. --Citadel Broadcasting Co | | None | | | Sold | 03/17 | J | A | |
| 33. --Coca-Cola Co. Common | A | Dividend | J | T | | | | | |
| 34. --General Electric Co., Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS -- *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  --Walt Disney Co. Common | A | Dividend | J | T | | | | | |
| 36.  --E I Dupont De Nemours & Co . Common | A | Dividend | J | T | | | | | |
| 37.  --Exxon Mobile Corp Common | A | Dividend | J | T | | | | | |
| 38.  --Illinois Tool Works Inc. | A | Dividend | J | T | | | | | |
| 39.  --Intel Corp. Common | A | Dividend | | | Sold | 03/17 | J | A | |
| 40.  --Eli Lilly & Co. Common | A | Dividend | J | T | | | | | |
| 41.  --McDonald's Corp. Common | A | Dividend | J | T | | | | | |
| 42.  --Medtronic Inc. Common | A | Dividend | J | T | | | | | |
| 43.  --Merrill Lynch & Co., Inc. Common | A | Dividend | | | Sold | 03/17 | J | A | |
| 44.  --Pfizer Inc. Common | A | Dividend | J | T | | | | | |
| 45.  --Powershares QQQ Tr Units | | | | | Sold | 03/17 | J | A | |
| 46.  --Proctor & Gamble Co. Common | A | Dividend | J | T | | | | | |
| 47.  --Schering Plough Corp. Common | A | Dividend | J | T | | | | | |
| 48.  --Legg Mason Partners Agressive Growth Fund Cl B | | | | | Sold | 09/23 | J | B | |
| 49.  --Legg Mason Partners Appreciation Fund CL B | A | Dividend | J | T | | | | | |
| 50.  --Legg Mason Partners Small Cap Value Fund Class B | | | | | Sold | 09/23 | J | A | |
| 51.  --Legg Mason Partners Fundamental Value Fund Cl A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. —Legg Mason Partners Cap & inc FD Sm B rny B | A | Dividend | K | T | | | | | |
| 53. —Van Kampen Equity and Income Fund Class B | B | Dividend | K | T | | | | | |
| 54. —American Washington Mutual Investors Fund Inc. Class A | B | Dividend | | | Sold | 08/22 | M | B | |
| 55. --Silverstar Hldgs LTD Shs | | None | J | T | | | | | |
| 56. —Walgreen Co. New Common | A | Dividend | J | T | | | | | |
| 57. --Wells Fargo & Co. New Common | A | Dividend | J | T | | | | | |
| 58. --Kripsy Kreme Dougnut Y | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Page 7, Line 57 -- "Krispy Kreme Doughnut", There was stock in the company but because the company is now in bankruptcy the price has been reduced to only 9 cents and this will NOT be included on furture reports.

Page 4 , Line 11 -- "Franklin Georgia Tax Free Income Fund-Class A" was erroneously left off the 2007 financial report, but was picked up correctly for the 2008 report.

Page 7, Line 52 -- Name of Mutual Fund was changed from " Legg Mason Partners Dividend & Income Fund Class B" to "Legg Mason Partners Cap & Inc FD SM Brny B".

Page 7 -- "Nasdaq 100 Ser I" was erroneously left on the report last year when it should not have been. Not reported this year or future reports.

Page 4, Line 17 & Page 5, Line 23 -- "Citibank NA", both of these were closed into the Merrill Lynch cash account. They will not be reported on future reports.

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/07/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544